# United States District Court

Southern **DISTRICT OF** California

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Priority Mail parcel with Delivery Confirmation Number 0307 3330 0001 2676 6575. The parcel is addressed from Victor Gonzales, 730 East Shore Terrace, Unit 4, Chula Vista, CA 91914 and addressed to Iris M. Gonzales, Las Gaviotas, Calle Veina A-6, Toa Baja, | **SEARCH WARRANT**<br><br>CASE NUMBER:<br><br>FILED 2008 FEB 14 9:26<br>CLERK US DISTRICT COURT SOUTHERN DISTRICT CALIFORNIA<br>08 MJ 421 |

TO:   Kim A. Kelly, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Kim A. Kelly   who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

which is in the custody of the U.S. Postal Inspection Service.

in the Southern   District of California   there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   2/22/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to   ANTHONY J. BATTAGLIA
                                                                                                                U. S. Judge or Magistrate
as required by law.

2/12/08 4:30p                                    at   San Diego, CA
Date and Time Issued                                  City and State

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE   U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| February 12, 2008 | February 12, 2008 approx 1702 | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

Agent Donald Clark and P.E. Gavu Postal Inspector

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Priority Mail Parcel with Delivery Confirmation 0307 3330 0001 2676 6575

To Iris M. Gonzalez
Las Gaviotas
Calle Reina 9-6
Toa Baja P.R. 00949

From Victor Gonzalez
730 East Shore Terrace Unit 4
Chula Vista CA 91914

containing - styrofoam packing material
- bundle wrapped in layers of black plastic and fabric softener sheets surrounding a green leafy substance that field tested positive for marijuana

Approx wt of box and bundle 10,078 grams

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge [signature]    Date 2/14/08